IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHILO DAVIS SILVAS, Jr.,** | CIV S-07-0030 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's request for a 45-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before June 29, 2007.

Dated: May 17, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1